**Order entered September 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00658-CV

**BARBARA WARD, Appellant**

**V.**

**PC VILLAGE APARTMENTS DALLAS LP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02044-E**

## ORDER

Appellant has been found to be indigent and allowed to proceed without advance payment of costs. The reporter's record is past due. On July 25, 2014, Vikki Ogden, Official Court Reporter for County Court at Law No. 5 of Dallas County, Texas, notified the Court that appellant had not requested the reporter's record. On that same date, the Court sent appellant a notice instructing her to file, within ten days, documentation that she had requested the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1). We cautioned appellant that if we did not receive the notice within the time requested, we may order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's date, appellant has not provided documentation that she requested preparation of the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record.

Appellant's brief is due **on or before OCTOBER 10, 2014**. *See* TEX. R. APP. P. 38.6(a)(1).

Appellee is not represented by counsel. Corporations may appear in court and be represented only by a licensed attorney. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). In a letter dated June 30, 2014, we instructed appellee to provide this Court, by July 30, 2014, of the name, State Bar number, address, and telephone number of new counsel. As of today's date, appellee has not provided the required information. Accordingly, this case will be at issue when appellant files her brief.

/s/    ADA BROWN
       JUSTICE